David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

*Attorneys for Plaintiff,*
Joyce Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Joyce Johnson,<br><br>                    Plaintiff,<br><br>v.<br><br>Desert Schools Federal Credit Union,<br><br>                    Defendant. | **Case No.: 2:17-CV-03239-DGC**<br><br><br>**NOTICE OF SETTLEMENT** |
|---|---|

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing the Stipulation to Dismiss this action with prejudice, and with each party bearing their own attorney's fees and costs, within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated, and that the Court set a deadline on or after March 4, 2018 for filing a Request for Dismissal.

Respectfully submitted,

Date:  January 18, 2018　　　　　　　　　**HYDE & SWIGART**

　　　　　　　　　　　　　　　　　　　　By:  s/ David J. McGlothlin
　　　　　　　　　　　　　　　　　　　　　　David J. McGlothlin
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*